UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

FREDERICK WOLLENBURG,                           Case No. 17-cv-1242-pp

       Plaintiff,

v.

BANK MUTUAL CORPORATION,
MICHAEL T. CROWLEY, JR.,
DAVID A BAUMGARTEN,
WILLIAM J. MIELKE,
THOMAS H. BUESTRIN,
ROBERT B. OLSON,
MARK C. HERR,
DAVID C. BOERKE,
RICHARD A. BROWN,
LISA A. MAUER,
MIKE I. SHAFIR,
and
ASSOCIATED BANC-CORP,

       Defendants.

---

### ORDER OF RECUSAL

---

Under 28 U.S.C. §455(a) and Canon 3(C)(1) of the Code of Conduct for United States Judges, I recuse myself from further participation in this case.

The court **ORDERS** that the clerk's office randomly assign this case to another judge in the Eastern District of Wisconsin.

Dated in Milwaukee, Wisconsin this 19th day of September, 2017.

BY THE COURT:

_____

**HON. PAMELA PEPPER**
**United States District Judge**